1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-126 RAJ |
| Plaintiff, | |
| v. | **INFORMATION** |
| DARRELL N. WINSTON, | |
| Defendant. | |

The United States Attorney charges that:

## COUNT 1
### (False Statements)

A.    *Background*

1.    At all times relevant to this Information, Defendant, DARRELL N. WINSTON, operated a small business named City Biz that purportedly performed electrical, plumbing, and excavation work.

2.    Until his resignation in May 2019, A.T. was a commissioner for King County Drainage Districts 5 and 5A (collectively, "DD5").  The commissioners of DD5 were responsible for the construction and maintenance of drainage systems, including drains and ditches, within DD5.

3.    In 2018, A.T. asked DARRELL N. WINSTON to provide him invoices for work supposedly done cleaning DD5 ditches.  DARRELL N. WINSTON subsequently

Information - 1
*United States v. Darrell Winston,* No. CR20-____

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    provided A.T. with two invoices:  one dated October 8, 2018, in the amount of

2    $24,083.57; and one dated January 2, 2019, in the amount of $29, 671.37.

3         4.      After receiving these invoices, A.T. and A.T.'s wife, J.T., who acted as

4    secretary for DD5, submitted requests to the King County Treasurer's office to pay the

5    invoices.  The King County Treasurer's office subsequently issued two checks to City

6    Biz, the first dated October 30, 2018, in the amount of $24,083.57, and the second dated

7    January 11, 2019, in the amount of $30,759.51.

8         5.      DARRELL N. WINSTON deposited each of these checks into a business

9    checking account associated with City Biz.  DARRELL N. WINSTON deposited the

10    $24,083.57 check on November 2, 2018.  That same day, he withdrew money and

11    purchased a cashier's check in the amount of $20,760.00 payable to A.T, which in turn

12    was deposited into the joint bank account of A.T. and J.T. that same day.

13         6.      DARRELL N. WINSTON deposited the $30,759.51 check on January 14,

14    2019.  The next day, he withdrew money and purchased a cashier's check in the amount

15    of $21,125.00 payable to A & L Dairy, a dairy farm operated by A.T. and J.T.  A.T.

16    deposited that check into an account that A.T. and J.T. controlled on that same day.

17         7.      In May 2019, the Federal Bureau of Investigation opened an investigation

18    into A.T.'s and J.T.'s theft of tax revenues from the taxpayers of DD5 during the period

19    from 2012 through 2019.

20    B.     *The September 25, 2019, Interview*

21         8.      On September 25, 2019, DARRELL N. WINSTON agreed to be

22    interviewed outside his residence by a Special Agent of the Federal Bureau of

23    Investigation.  Early in that interview, the FBI Special Agent told DARRELL N.

24    WINSTON that it was a crime to lie to a federal law enforcement officer.

25         9.      During the interview, DARRELL N. WINSTON stated that: he had

26    submitted a formal bid to win the two contracts with DD5; he had rented equipment to

27    perform each job; and, he had performed approximately a week's work on each contract.

28

Information - 2
*United States v. Darrell Winston,* No. CR20-____

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    10.    When asked whether he had paid any money to A.T. related to the work for

2  DD5, DARRELL N. WINSTON initially denied that he had paid any money to A.T. or

3  provided any cashier's checks to A.T.  DARRELL N. WINSTON subsequently stated

4  that he might have given A.T. "a couple thousand dollars" as "a tip" for helping him out,

5  but that this was not "a bribe."

6    11.    After being shown copies of his cashiers' checks to A.T. and A & L Dairy,

7  DARRELL N. WINSTON stated that A.T. had paid for the equipment rental and that

8  A.T. had done a lot of the work, and that that was why DARRELL N. WINSTON had

9  paid money to A.T.  DARRELL N. WINSTON denied that there had been any agreement

10  that he would pay A.T. in return for winning the contracts.

11  C.    *The October 18, 2019, Interview*

12    12.    On October 18, 2019, DARRELL N. WINSTON agreed to be interviewed

13  at the United States Attorney's Office by an FBI Special Agent and two Assistant United

14  States Attorneys.  At the start of the interview, DARRELL N. WINSTON was again

15  advised that it was a crime to lie to a federal law enforcement officer.

16    13.    During the interview, DARRELL N. WINSTON again stated that he had

17  submitted a bid proposal to A.T. to win the two contracts with DD5.  DARRELL N.

18  WINSTON initially claimed that he had created this on S.Y.'s computer and that S.Y.

19  had helped him do so.  DARRELL N. WINSTON subsequently claimed that S.Y. had

20  created the bid proposal because he did not know how to do so.

21    14.    During the interview, DARRELL N. WINSTON again denied that there

22  had been any understanding upfront that he would pay A.T.  DARRELL N. WINSTON

23  stated that A.T. ended up doing most of the work and that DARRELL N. WINSTON

24  therefore gave A.T. most of the money.

25    15.    During the interview, DARRELL N. WINSTON was asked why he had

26  withdrawn more than $20,000 from City Biz' business account on July 19, 2019, the

27  same morning on which law enforcement officers executed a search warrant at A.T. and

28  J.T.'s residence.  DARRELL N. WINSTON initially stated that he did not recall, but later

Information - 3
*United States v. Darrell Winston,* No. CR20-____

1  stated that he withdrew the money because unknown people had been withdrawing

2  money from his account.  DARRELL N. WINSTON denied that he had learned of the

3  search, and denied that the withdrawal related to the search.

4       16.    These false statements were material because they concealed from the FBI

5  the degree of coordination between DARRELL N. WINSTON and A.T. and J.T., and the

6  extent to which DARRELL N. WINSTON's actions had been taken in furtherance of,

7  A.T. and J.T.'s criminal activity.

8  D.    *False Statements*

9       17.    On or about October 18, 2019, at Seattle, in the Western District of

10  Washington, DARRELL N. WINSTON did willfully and knowingly make a materially

11  false, fictitious, and fraudulent statement and representation in a matter within the

12  jurisdiction of the executive branch of the Government of the United States, by stating

13  and representing to a Special Agent of the Federal Bureau of Investigation (1) that he had

14  submitted a bid for work he performed for King County Drainage Districts 5 and 5A, a

15  statement and representation that was false because, as DARRELL N. WINSTON then

16  and there knew, he had not submitted any bid, and (2) that he withdrew more than

17  $20,000 from his City Biz account because unknown people had been withdrawing

18  money from the account, a statement and representation that was false because, as

19  DARRELL N. WINSTON then and there knew, he withdrew the money to conceal it

20  //

21  //

22  //

23

24

25

26

27

28

Information - 4
*United States v. Darrell Winston,* No. CR20-____

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | from federal law enforcement agents who he knew were executing a search warrant at

2 | A.T.'s and J.T.'s residence.

3 |       All in violation of Title 18, United States Code, Section 1001(a)(2).

4 |       DATED this __18TH__ day of August, 2020.

 

 

 

                                     BRIAN T. MORAN
                                     United States Attorney

                                     ANDREW C. FRIEDMAN
                                     Assistant United States Attorney

                                     JUSTIN W. ARNOLD
                                     Assistant United States Attorney

Information - 5
*United States v. Darrell Winston*, No. CR20-____

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970