THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00126-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA BY VIDEOCONFERENCE |
| DARRELL N. WINSTON, | |
| Defendant. | |

THE COURT has considered the stipulated motion to proceed with a guilty plea hearing by video hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a video guilty plea hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the parties' stipulation. Accordingly,

///

///

///

ORDER
(US v. Darrell Winston; CR20-126RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   THE COURT ORDERS that the parties may proceed with a plea hearing by
2   video conference, consistent with current procedures established by this Court.  The
3   parties are directed to schedule a plea hearing to be held via videoconference before the
4   criminal-duty magistrate judge at a mutually acceptable date and time.

5

6   DATED this 20th day of August, 2020.

7

8   _____
9   The Honorable Richard A. Jones
    United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER
(US v. Darrell Winston; CR20-126RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**