THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:20-cr-00126-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION |
| DARRELL N. WINSTON, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Probation, and the Court having reviewed the motion and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3564(c), that early termination of Mr. Winston's probation is warranted by the conduct of Mr. Winston and in the interests of justice.

IT IS ORDERED that the motion (Dkt. 29) is granted.  The term of probation for Mr. Winston shall be terminated, effective immediately.

DATED this 6th day of June, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
EARLY TERMINATION OF PROBATION
(*U.S. v. Winston*, 2:20-cr-00126-RAJ)   - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**